

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:25CR 6 |
| | § | Judge SDJ/AGD |
| JUSTIN PHILIP CIRUTI | § | |
| | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography)

On or about September 8, 2024, in the Eastern District of Texas, **Justin Philip Ciruti**, defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Justin Philip Ciruti**, using the Internet, a social networking platform, and electronic devices that he owned and possessed, distributed the following visual depictions:

| FILE NAME | DESCRIPTION |
|---|---|
| GWvbHPrw.jpg | This image is a screen capture from a video and depicts an adult male's erect penis appearing to ejaculate on a nude, prepubescent female's face. |

|   | The child's hands are above her head and she is lying on a floral pillowcase. |
|---|---|

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### Count Two

>Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or about December 2, 2024, in the Eastern District of Texas, **Justin Philip Ciruti**, defendant, did knowingly possess material, namely, an Apple iPhone 11, bearing IMEI number 353984109561629, that contained images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Included among the images and videos that the defendant, **Justin Philip Ciruti**, possessed were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| (Pthc) !!! New 0604 !!! Luvnlily 3Yo(1).avi | This 7-minute and 30-second video depicts a compilation of scenes where an adult male's erect penis penetrates the genitals of a young female child, approximately 3 years old. |
| IMG_9915.MP4 | This 1-minute and 37-second video depicts an adult male's erect penis penetrating a female toddler's genitals. The male then ejaculates on |

| | |
|---|---|
| | the toddler's face. A watermark reads "contact me: dessvkt.com." |
| IMG_9773.MP4 | This 10-second video depicts an adult female holding a prepubescent child down at the buttocks. An adult male's erect penis penetrates the child's anus. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Justin Philip Ciruti**, shall forfeit to the United States his interest in the following property, including, but not limited to:

Apple iPhone 11, bearing IMEI number 353984109561629.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all

interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1), (a)(2), and (a)(3).

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MARISA J. MILLER
Assistant United States Attorney

Date: ___1/8/25___

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:25CR 6<br>Judge SDJ /AGD |
| JUSTIN PHILIP CIRUTI | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty:  Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment:  $ 5,000.00

AVAA Assessment: Not more than $35,000.00

Notice of Penalty - Page 1

## Count Two

Violation:     18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

Penalty:       Imprisonment for not more than ten years; but if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be imprisoned for not more than twenty years; and, if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than ten years and not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment:  $ 5,000.00

AVAA Assessment: Not more than $17,000.00